IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENT JEROME | : | CIVIL ACTION |
| | : | |
| v. | : | No. 17-4674 |
| | : | |
| ANDREW SAUL[1] | : | |
| *COMMISSIONER OF SOCIAL* | : | |
| *SECURITY* | : | |

# ORDER

AND NOW, this 26th day of June, 2019, upon consideration of Plaintiff Vincent Jerome's Brief and Statement of Issues in Support of Request for Review, Defendant's response thereto, and Plaintiff's reply, and after careful review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, to which no objections have been filed,[2] it is ORDERED:

1. The Report and Recommendation (Document 20) is APPROVED and ADOPTED;

2. Plaintiff's Request for Review (Document 16) is GRANTED insofar as Plaintiff requests a remand; and

---

[1] Andrew Saul became the Commissioner of Social Security on June 17, 2019. Pursuant to Federal Rule of Civil Procedure 25(d), Saul is substituted for Nancy A. Berryhill as the Defendant in this case.

[2] The Report and Recommendation was sent to all parties of record on February 28, 2019, together with a Notice from the Clerk of Court advising the parties of their obligation to file any objections within fourteen days after service of the Notice. *See* Local R. Civ. P. 72.1 IV(b) ("Any party may object to a magistrate judge's proposed findings, recommendations or report under 28 U.S.C. 636(b)(1)(B) . . . within fourteen (14) days after being served with a copy thereof."). As of today's date, no objections have been filed.

3. This matter is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation.

BY THE COURT:


   /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.